UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00357-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. **TROY A. ASHLEY**; and
2. BRANDON D. SMITH,

   Defendants.

### ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

  THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#33)** on November 14, 2011, by Defendant Troy A. Ashley. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

  **IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **December 28, 2011,** at **3:30 p.m.** and a Sentencing hearing is set for **April 2, 2012**, at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

  3. The final trial preparation conference set for December 16, 2011, and the December 19, 2011, trial date are **VACATED**.

Dated this 16th day of November, 2011.

            **BY THE COURT:**

            */s/ Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge

---

sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*